IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON THORNTON,

        Petitioner,                  No. CIV S-06-2044 FCD EFB P

    vs.

FRESNO COUNTY SHERIFF'S DEPARTMENT,

        Respondent.              ORDER

                                      /

Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has neither paid the filing fee nor sought leave to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914(a), 1915.

Petitioner challenges a conviction in the Fresno County Superior Court and so this action should have been commenced in the district court in Fresno. *See* Local Rule 3-120(d).

Accordingly, it is hereby ordered that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno. *See* Local Rule 3-120(f).

2. The Clerk of Court shall assign a new case number;

////

Dockets.Justia.com

1      3.  The new case number is _____.  All future filings shall bear the new case
2  number and shall be filed at:

3             United States District Court
              Eastern District of California
4             1130 "O" Street
              Fresno, CA 93721
5

6  Dated: September 19, 2006.

                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

2