1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    AARON THORNTON,

12            Petitioner,                    No. CIV S-06-2044 FCD EFB P

13        vs.

14    FRESNO COUNTY SHERIFF'S
      DEPARTMENT,

15            Respondent.              ORDER

16    _____/

17        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C.

18    § 2254.  He has neither paid the filing fee nor sought leave to proceed *in forma pauperis*. *See* 28

19    U.S.C. §§ 1914(a), 1915.

20        Petitioner challenges a conviction in the Fresno County Superior Court and so this action

21    should have been commenced in the district court in Fresno. *See* Local Rule 3-120(d).

22        Accordingly, it is hereby ordered that:

23        1. This action is transferred to the United States District Court for the Eastern District of

24    California sitting in Fresno. *See* Local Rule 3-120(f).

25        2. The Clerk of Court shall assign a new case number;

26    ////

1      3.  The new case number is _____.  All future filings shall bear the new case

2  number and shall be filed at:

3           United States District Court
               Eastern District of California

4           1130 "O" Street
               Fresno, CA 93721

5

6  Dated: September 19, 2006.

7

8               EDMUND F. BRENNAN
               UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2