IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON THORNTON,<br><br>　　　　　Petitioner,<br>　v.<br><br>FRESNO COUNTY SHERIFF'S DEPARTMENT<br><br>　　　　　Respondent. | 1: 06-CV-1301 AWI WMW HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION<br><br>[Doc. 8] |

　　　Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 . The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On December 19, 2006, the Magistrate Judge filed a Report and Recommendation that recommended this action be dismissed for Petitioner's failure to prosecute. The Report and Recommendation was served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454

1  (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the Report and

2  Recommendation to be supported by the record and by proper analysis.

3        Based on the foregoing, it is HEREBY ORDERED  that:

4  1.  The Report and Recommendation issued by the Magistrate Judge on

5      December 19,  2006, are a adopted in full;

6  2.  The Petition for Writ of Habeas Corpus is DISMISSED for failure to prosecute;

7  3.   The Clerk of the Court is directed to close this file.

8

9  IT IS SO ORDERED.

10  **Dated:   March 13, 2007**                             **/s/ Anthony W. Ishii**
    0m8i78                                                                  UNITED STATES DISTRICT JUDGE

2